*1057 ante, p. 972;
ante, p. 95;
ante, p. 157;
540 U. S. 1217;
540 U. S. 1184;
ante, p. 938;
ante, p. 902;
ante, p. 975;
540 U. S. 1084;
540 U. S. 1186;
540 U. S. 1186;
*1058 No. 03-7747.
No. 03-7913.
No. 03-7978.
No. 03-7981.
No. 03-8181.
No. 03-8231.
No. 03-8243.
No. 03-8300.
No. 03-8323.
No. 03-8384.
No. 03-8458.
No. 03-8477.
No. 03-8492.
No. 03-8518.
No. 03-8688.
No. 03-8700.
No. 03-8703.
No. 03-8746.
No. 03-8747.
No. 03-8768.
No. 03-8794.
No. 03-8859.
No. 03-9099.
540 U. S. 1138;
540 U. S. 1166;
540 U. S. 1195;
540 U. S. 1195;
540 U. S. 1223;
ante, p. 908;
ante, p. 908;
ante, p. 909;
ante, p. 942;
ante, p. 944;
ante, p. 945;
ante, p. 946;
ante, p. 934;
ante, p. 961;
ante, p. 976;
ante, p. 949;
ante, p. 949;
ante, p. 950;
ante, p. 950;
ante, p. 912;
ante, p. 951;
ante, p. 953;
ante, p. 967. Petitions for rehearing denied.